Opinion by Ekwall, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *Swift & Company et al.* v. *United States* (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiff was sustained.

No. 59203.—A. N. Deringer, Inc., et al. *v.* United States, protests 183943–K, etc. (Ogdensburg).

Opinion by Ekwall, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *Swift & Company et al.* v. *United States* (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiffs was sustained.

No. 59204.—Loretto Distilling Co., Inc., et al. *v.* United States, protests 256037–K, etc. (Louisville).

Opinion by Johnson, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

No. 59205.—A. N. Deringer, Inc., et al. *v.* United States, protests 171690–K, etc. (Ogdensburg).

Opinion by Johnson, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *Swift & Company et al.* v. *United States* (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiffs was sustained.

No. 59206.—Close and Stewart *v.* United States, protest 177330–K (Seattle).